# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| MILTON STEWART, SECRETARY OF LABOR | ) ) ) | |
| Plaintiff, | ) ) | NO. 1:19-cv-00082 |
| v. | ) ) | JUDGE CAMPBELL |
| COMPLETE HOME CARE SERVICES OF TN, INC; and KETURA ODEN; and CONSUELA ODEN, | ) ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 49) recommending the Court grant Plaintiff's Motion for Sanctions and Entry of Default Judgment Against Defendants (Doc. No. 38). Specifically, the Magistrate Judge recommends the Court enter judgment in favor of Plaintiff in the amount of $47,533.21 in back wages and liquidated damages, and award Plaintiff $8,911.38 in attorney's fees. The Magistrate Judge further recommends the Court enter a permanent injunction against Defendants requiring them to comply with the FLSA in the future. The Magistrate Judge included a proposed order with the Report and Recommendation. (*See* Doc. No. 38-1).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 49 at 16). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 49) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Sanctions (Doc.

No. 38) is hereby **GRANTED**. Default Judgment, with the requested relief, will be entered by separate Order in favor of the Plaintiff against Defendants Complete Home Care Services of TN, Inc., Ketura Oden, and Consuela Oden.

In light of the disposition of the Motion for Sanctions, the Clerk is directed to terminate Plaintiff's Motion for Summary Judgment (Doc. No. 43) as **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2

Case 1:19-cv-00082   Document 50   Filed 08/17/21   Page 2 of 2 PageID #: 932